UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TED JANKOWSKI,

    Plaintiff,                                       No. 18-12301

v.                                           District Judge Marianne O. Battani
                                                    Magistrate Judge R. Steven Whalen

CITY OF DETROIT, ET AL.,

    Defendants.
_____/

## ORDER

    For the reasons and under the terms stated on the record on July 30, 2019, Defendants' Motion to Compel Plaintiff's Appearance at Medical Evaluation and Answers to Interrogatories and Request to Produce or in the Alternative Motion to Strike Psychological Claims and Evidence [Doc. #22] is DENIED.

    IT IS SO ORDERED.


Dated: July 30, 2019                                s/R. Steven Whalen
                                                     R. STEVEN WHALEN
                                                     UNITED STATES MAGISTRATE
                                                     JUDGE

**CERTIFICATE OF SERVICE**

      I hereby certify on July 30, 2019 that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to non-registered ECF participants on July 30, 2019.

                                                s/Carolyn M. Ciesla
                                                Case Manager for the
                                                Honorable R. Steven Whalen